IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON SHEPPARD, ) | |
| ) | |
| Petitioner, ) | |
| ) | Civ. No. 14-1557 |
| vs. ) | Crim. No. 10-119 |
| ) | |
| UNITED STATES OF AMERICA. ) | |
| ) | |

## JUDGMENT ORDER

AND NOW, this 14th day of November, 2014, the Court having denied Petitioner's third Motion under 28 U.S.C. § 2255 To Vacate, Set Aside, or Correct Sentence By a Person in Federal Custody, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that final judgment of this Court is entered pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Maurice B. Cohill, Jr.
Senior District Court Judge

cc: Jason Sheppard
32102-068
NEOCC
2240 Hubbard Rd.
Youngstown, OH 44505